No. 310. MILLER & VIDOR LUMBER CO. *v.* BURNET, COMMISSIONER OF INTERNAL REVENUE. October 13, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Wm. S. Hammers* and *John Neethe* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist* and *Messrs. Claude R. Branch, J. Louis Monarch, Paul D. Miller, Clarence M. Charest, John MacC. Hudson,* and *Miss Helen R. Carloss* for respondent.

No. 311. NATIONAL BRAKE & ELECTRIC CO. *v.* CHRISTENSEN ET AL. October 13, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Charles A. Brown* and *Paul Synnestvedt* for petitioner. *Messrs. Louis Quarles, Newton D. Baker, Joseph B. Cotton,* and *William R. Rummler* for respondents.

No. 312. SQUIRE *v.* PAIGE. October 13, 1930. Petition for writ of certiorari to the Supreme Court of New York denied. *Mr. Frank Hendrick* for petitioner. No appearance for respondent.

No. 314. JOHNSEN *v.* UNITED STATES. October 13, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Robert B. McMillan* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist* and *Messrs. Claude R. Branch, A. W. Henderson,* and *Paul D. Miller* for the United States.

No. 317. ASSOCIATED BILL POSTERS ET AL. *v.* WM. H. RANKIN CO.; and